**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 17-cv-21221-GAYLES**

JUAN CARLOS GIL,

Plaintiff,
v.

TOMMY BAHAMA R&R
HOLDINGS, INC. d/b/a
www.tommybahama.com

Defendant.
_______________________________________/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 6], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of April, 2017.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE